STATE OF MAINE *vs.* DAN SOBEL.

Knox.   Opinion July 12, 1924.

*In a mere statement of venue contained in a complaint one place may be alleged
and another proved provided both are within the jurisdiction of the court.*

In a search and seizure proceeding the complaint must contain a special designa-
tion of the place to be searched.   In this case the place is clearly designated.
The fact that the venue is laid in one town and the place to be searched is
described as in another, both being in the same County, is immaterial.

On exceptions.   A search and seizure process.   The respondent
was tried to a jury and found guilty and his counsel filed a motion
in arrest of judgment alleging that the complaint was fatally defective
in that the premises to be searched were stated therein to be in
Camden, while the venue was laid therein in Rockland, which motion
was overruled and respondent excepted.   Exceptions overruled.

The case is stated in the opinion.

Z. M. Dwinal, County Attorney, for the State.

Oscar H. Emery, for the respondent.

SITTING: CORNISH, C. J., PHILBROOK, MORRILL, WILSON,
   DEASY, JJ.

DEASY, J.   Search and seizure process.   In the complaint the
premises to be searched are stated to be in Camden.   The venue is
laid in Rockland.   The respondent contends that this creates a fatal
defect.   Not so.   As required by the Constitution (Article I., Section
5) and by the Statutes of the State (R. S., Chap. 127, Sec. 29) the
complaint contains a "special designation of the place to be searched."
The description is so clear as to leave no doubt as to the place
intended.   The laying of venue is no part of such designation.   The
fact that it names another place in the same County is immaterial.
It is well settled that in a mere statement of venue one place may be

alleged and another proved, provided that both are within the jurisdiction of the court. *State* v. *Mahoney*, 115 Maine, 256, 14 R. C. L., 181; *Commonwealth* v. *Tolliver*, 8 Gray, 386; *Commonwealth* v. *Lavery*, 101 Mass., 208; *Commwealth* v. *Snell*, 189 Mass., 17; *Ledbetter* v. *United States*, 170 U. S., 606.

> *Exceptions overruled.*
> *Judgment for the State.*